IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEREMY PEARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00950 |
| ) | Judge Trauger |
| CORECIVIC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 21, 2018, the magistrate judge issued a Report and Recommendation (DE #52), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by the defendants (Docket No. 43) is GRANTED, and this case is DISMISSED with prejudice. Any appeal from this Order will not be certified as taken in good faith.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 1st day of October 2018.

_____
ALETA A. TRAUGER
U.S. District Judge